MRS. BESSIE POPE KORNEGAY, ADMINISTRATRIX OF R. C. KORNEGAY,
v. D. C. WILLIAMS, JR., TRADING AS WILLIAMS LUMBER COMPANY.

(Filed 14 October, 1942.)

APPEAL by plaintiff from *Grady, Emergency Judge,* at March Term,
1942, of WAYNE.

*J. Faison Thomson and J. T. Flythe for plaintiff, appellant.*
*Royall, Gosney & Smith for defendant, appellee.*

PER CURIAM. This is an action for the alleged wrongful death of the
plaintiff's intestate, who was killed when struck by a trailer loaded with
lumber and drawn by an automobile of the defendant upon Breazeale
Avenue (U. S. No. 117), near the intersection with Main Street (N. C.
No. 55), in the town of Mount Olive.

The Court being of the opinion that the case is governed by the prin-
ciples enunciated in *Pack v. Auman,* 220 N. C., 704, 18 S. E. (2d), 247,
and *Mitchell v. Melts,* 220 N. C., 793, 18 S. E. (2d), 406, the demurrer
to the evidence was properly sustained and the judgment as in case of
nonsuit was properly entered.

Affirmed.